IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: 7:20-CR-10 (WLS-TQL-1) |
| KAYLEE BREANNA GRADDY, : | |
| : | |
| : | |
| : | |
| Defendant. : | |
| : | |

## AMENDED ORDER

On July 27, 2021, the Court issued an Order granting Defendant Kaylee Breanna Graddy's "Motion to Seal" (Doc. 77) in part. (Doc. 80.) Therein, the Court directed the Clerk to docket a sentencing submission emailed to the Court on July 22, 2021 by Graddy's counsel under seal and instructed that Counsel for the Defendant file redacted copy of the sentencing submission within seven days. (*Id.*) The Court's Order addressed Defendant Graddy Motion to Seal the sentencing submission at issue, which was filed in preparation for her sentencing hearing set for July 29, 2021, due to the inclusion of contact information of witnesses in the document (Doc. 77.) The Court now **WITHDRAWS** the Order issued on July 27, 2021 and issues this Amended Order based on correspondence with Defendant's Counsel.

Counsel initially moved to seal the sentencing submission at issue in this case because it contained personally identified information, such as addresses, phone numbers, and email addresses, of witnesses associated with this case. (Doc. 77.) Counsel moved to seal the submission documents as a means to prevent the general public from accessing this sensitive information. (*Id.*) However, Counsel did not account for the existing procedures that adequately addressed his concerns. Counsel has now sought to address this issue with the Court.

In the Middle District of Georgia, CM/ECF all documents must be filed by an electronic means in a manner authorized by the Clerk of Court. M.D. Ga. L.R. 5.0. Such filings

are done through the CM/ECF system pursuant to the CM/ECF Administrative Procedures. Though CM/ECF does, generally, allow for access to court records, the system does provide electronic restrictions for specific types of cases and documents without party request or intervention. Among those filings are certain documents that are restricted to "Court Users and Case Participants Only." *ECF Restriction Level Summary*, United States District Court for the Middle District of Georgia, https://www.gamd.uscourts.gov/cmecf. Such documents are "restricted to court users and all case attorneys of record." (*Id.* at 2.) For criminal cases, sentencing memorandums are specifically listed as filings that receive this heightened level of restricted access. (*Id.*)

Because Counsel for the Defendant concedes that the existing measures are adequate to protect the information included in the sentencing submission at issue, the Court hereby **WITHDRAWS** and **STRIKES** its Order issued on July 27, 2021 from the Record. Accordingly, the Court **DIRECTS** the Clerk to unseal the sentencing memorandum docketed at entry number 81.

**SO ORDERED**, this 29th day of July 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**